UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SCHOLL,

               Plaintiff,

-against-

COMPASS GROUP USA INC. et al.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020
```

1:19-cv-6685-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On November 12, 2020, the Court held a status conference in this matter. As the Court stated at the conference, IT IS HEREBY ORDERED that, by November 25, 2020, Plaintiff shall provide to Defendants the requested information, HIPPA authorization, and records for the psychiatrist about whom Plaintiff testified at his deposition. IT IS FURTHER ORDERED that the parties shall submit a joint status report by December 15, 2020.

**SO ORDERED.**

**Date: November 12, 2020**
**New York, NY**

                                             _____
                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**