UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
CHRISTOPHER SCHOLL,

                          Plaintiff,

         -against-

COMPASS GROUP USA INC. et al.,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/2/2022

1:19-cv-6685-MKV

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the trial in this case will begin on November 2, 2022. The Court has allotted 3 days for the trial, and the parties must plan accordingly. The Final Pretrial Conference will take place on October 27, 2022 at 4:00 p.m.

**SO ORDERED.**

**Date:  August 2, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**