```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SCHOLL,

                Plaintiff,

-against-

COMPASS GROUP USA INC. et al.,

                Defendants.

1:19-cv-6685-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file the Joint Pretrial Order and all other Required Pretrial Filings in accordance with the Court's Individual Rules by September 15, 2022.

**SO ORDERED.**

**Date:   August 4, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**